# Exhibit A

From: **SANDCASTLE LLC** <processing@sandcastlellc.com>
Date: Wed, Jan 17, 2018 at 2:10 PM
Subject: RE; DISMISSAL OFFER
To: ▮▮▮▮▮▮▮▮▮▮

**PLEASE SEE ATTACHED DOCUMENT**

--
www.sandcastlellc.com
888-441-1595

"THE NATIONS LEADER IN RESULTS"

**SANDCASTLE LLC**
**401 E JACKSON ST (SUITE 2340)**
**TAMPA, FL 33602**



| Date | 1/17/2018 |
|---|---|
| Settlement Offer | $869.41 |
| Due date | 1/17/2018 |
| Current Creditor | BON TON-ELDER BEERMA |
| Original Creditor Acct# | 1111010100777950 |
| File# | 9001004-MI |
| Debtor Email: | |

  

**Payment Processed By:** *CRG PROCESSING*

PLEASE DETACH THIS PORTION AND RETURN WITH PAYMENT

---

Today's Date: 1/17/2018

        **SEND TO:** SANDCASTLE LLC
                     401 E JACKSON ST (SUITE#2340)
                     TAMPA, FL 33602

**TIMOTHY R. HARRIS**



Dear Timothy Harris:

    Pursuant to our discussion our client has authorized us to offer you ***voluntary restitution*** on the above referenced account. Your account will be considered **PAID** upon clearance of funds. You must pay **$869.41 on 1/17/2018.** This is a *"ONE-TIME"* opportunity for you to take care of this obligation voluntarily. If payment/payments are not received this offer will be nullified at which time you will be pursued for the **FULL** balance plus ***any/all additional attorney and court cost*** that our company incurs in the process.

| You must pay: $869.41 on 1/17/2018 |
|---|

Should you have questions, we can be reached by calling (888) 441-1595 Monday – Thursday from 8:00 AM – 7:00 PM, and Friday from 8:00 AM – 4:30 PM Eastern Time.

This communication is a from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

**PLEASE BE ADVISED IN THE EVENT OF A DEFAULT WE WILL NULLIFY THIS AGREEMENT.**

