# Exhibit B

From: **Payment Processing Department** <paymentprocessing@sandcastlellc.com>
Date: Fri, Jan 26, 2018 at 2:28 PM
Subject: RE: DISMISSAL AGREEMENT
To: ███████████

PLEASE SEE ATTACHED DOCUMENT. THIS SHOULD BE KEPT FOR YOUR RECORDS UNTIL "FINAL" PAID LETTER IS ISSUED AFTER FINAL PAYMENT HAS BEEN PROCESSED. ANY QUESTIONS PLEASE FEEL FREE TO CALL.

                                                          THANK YOU!

--
WWW.SANDCASTLELLC.COM
888-441-1595

**SANDCASTLE LLC**
**401 E JACKSON ST (SUITE 2340)**
**TAMPA, FL 33602**





| Date | 1/26/2018 |
|---|---|
| Settlement Offer | $869.41 |
| Due date | 1/26/18 & 2/2/18 |
| Current Creditor | BON TON-ELDER BEERMAN |
| Original Creditor Acct# | 1111010100777950 |
| File# | 9001004-MI |
| Debtor Email: | |

 

**Payment Processed By:** *CRG PROCESSING*

·········· PLEASE DETACH THIS PORTION AND RETURN WITH PAYMENT ··········

Today's Date: 1/26/2018

                                **SEND TO:** **SANDCASTLE LLC**
                                                         **401 E JACKSON ST (SUITE#2340)**
                                                         **TAMPA, FL 33602**

**TIMOTHY R HARRIS**



Dear Timothy Harris:

        Pursuant to our discussion our client has authorized us to offer you ***voluntary restitution*** on the above referenced account. Your account will be considered **PAID** upon clearance of funds. You must pay $100.00 on 1/26/2018 and $769.41 on 2/2/2018. This is a ***"ONE-TIME"*** opportunity for you to take care of this obligation voluntarily. If payment/payments are not received this offer will be nullified at which time you will be pursued for the **FULL** balance plus ***any/all additional attorney and court cost*** that our company incurs in the process.

> You agreed to pay: $100.00 on 1/26/2018 and $769.41 on 2/2/2018.

Should you have questions, we can be reached by calling (888) 441-1595 Monday – Thursday from 8:00 AM – 7:00 PM, and Friday from 8:00 AM – 4:30 PM Eastern Time.

This communication is a from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

**PLEASE BE ADVISED IN THE EVENT OF A DEFAULT WE WILL NULLIFY THIS AGREEMENT.**

