UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY HARRIS,

        Plaintiff,

v.

SANDCASTLE MEDIATION AND
MANAGEMENT LLC, et al.,

        Defendants.
_____/

Case No. 1:18-cv-153

HON. GORDON J. QUIST

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff dismisses this lawsuit, with prejudice, as to all defendants.

Dated: April 23, 2018

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
6140 28th Street S.E., Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com